UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NARISSA DAWN BRADFORD | CIVIL ACTION |
| V. | NO. 16-3692 |
| GAUTHIER, HOUGHTALING & WILLIAMS, LLP ET AL | SECTION "H"(4) |

JUDGMENT

For reasons issued January 10, 2017 and filed herein (Doc 22);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss is granted and this matter is DISMISSED WITH PREJUDICE.

Signed in New Orleans, Louisiana, this 11th day of January, 2017.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE